Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
GEORGE AVALOS

Michael P. Smith (SBN 206927)
Michael J. Lampe (SBN 082199)
**LAW OFFICES OF MICHAEL J. LAMPE**
410 West Center Ave. Suite 202
Visalia, CA 93291
Tel: 559-608-5610

Attorneys for Defendants: SIERRA MINIT MARTS INC DONALD R. FORRESTER AND THERESA A. FORRESTER.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA MINIT MARTS INC., a California corporation; DONALD R. FORRESTER and THERESA A. FORRESTER, individually and as trustees of the DONALD FORRESTER AND THERESA A. FORRESTER LIVING TRUST; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:21-cv-00067-DAD-SAB<br><br>Hon.  Dale A. Drozd<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 15, 2021<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff GEORGE AVALOS ("Plaintiff") and SIERRA MINIT MARTS INC DONALD R. FORRESTER and THERESA A. FORRESTER ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 4, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
  Joseph R. Manning, Jr.
  Attorney for Plaintiff
  George Avalos

DATED: March 4, 2021

**LAW OFFICES OF MICHAEL J. LAMPE**

By: /s/ *Michael P. Smith*
  Michael P. Smith
  Attorneys for Defendant
   Sierra Minit Marts Inc Donald R. Forrester and Theresa A. Forrester.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 4, 2021      By: /s/ *Joseph R. Manning, Jr.*